David E WEBB; Thomas Dixon, Plaintiffs–Counter Defendants–Appellees

v.

CAI WIRELESS SYSTEMS INC; et al, Defendants

Jared Abbruzzese, Defendant–Counter Claimant–Appellant.

No. 03–41279.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 9, 2004.

Joe W. Redden, Jr, David Michael Gunn, Russell Stanley Post, Beck, Redden & Secrest, Houston, TX, for Plaintiff–Counter Defendant–Appellee.

Warren Wayne Harris, Erin Glenn Busby, Bracewell & Patterson, Houston, TX, for Defendant–Counter Claimant–Appellant.

Before REAVLEY, JONES and DENNIS, Circuit Judges.*

PER CURIAM:

IT IS ORDERED that the joint motion to set aside the opinion and judgment issued on September 9, 2004 is granted.

IT IS FURTHER ORDERED that the joint motion to vacate the judgment of the District Court is granted.

IT IS FURTHER ORDERED that the joint motion to remand the case to the United States District Court for further proceedings pursuant to the settlement is granted.